UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF ROOFERS LOCAL 149
SECURITY BENEFIT TRUST FUND;
ROOFERS LOCAL 149 PENSION FUND;
ROOFERS LOCAL 149 VACATION-HOLIDAY
FUND; and ROOFERS LOCAL 149
APPRENTICESHIP FUND,

        Case No. 2:19-cv-12279-VAR-DRG
   Plaintiffs,       Hon. Victoria A. Roberts

v

DETROIT CORNICE & SLATE COMPANY, INC.
and KURT A. HESSE, individually,

   Defendants.
_____

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Based upon the parties' stipulation:

IT IS ORDERED that Plaintiffs' claims are dismissed with prejudice and without costs or fees to any party.

        s/ Victoria A. Roberts
        United States District Court Judge

Dated: 9/30/2019

Approved for entry:

*s/ Matthew I. Henzi*
Matthew I. Henzi (P57334)
Sullivan, Ward, Asher & Patton, P.C.
Attorneys for Plaintiffs
25800 Northwestern Hwy., Suite 1000
Southfield, MI  48075-1000
mhenzi@swappc.com


*s/Wayne Walker*
Wayne Walker (P51290)
Williams, Williams, Rattner & Plunkett, P.C.
Attorneys for Defendant Detroit Cornice &
 Slate Company, Inc.
380 N. Old Woodward Ave., Ste. 300
Birmingham, MI  48009
wew@wwrplaw.com